JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL PEREZ,<br><br> Petitioner,<br><br>v.<br><br>WARDEN JAMES ENGLEMAN,<br><br> Defendant. | Case No. 2:25-cv-10839-SB-KES<br><br>FINAL JUDGMENT |

 For the reasons stated in the separate order of dismissal entered this date, it is ordered that Jose Miguel Perez's petition for writ of habeas corpus is dismissed for lack of jurisdiction.

 This is a final judgment.

Date: November 19, 2025

               Stanley Blumenfeld, Jr.
               United States District Judge